OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.26⁵
02 1W
0001401623 MAY. 20. 2015.

5/15/2015
LOCK, DANIEL ROBERT     Tr. Ct. No. 97-780-K277A     WR-83,294-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk



DANIEL ROBERT LOCK
CORNELL CORRECTIONS CENTER - TDC # 811059
1X PRESTON RD
HOUSTON, TX 77002

NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD

N3B 77002